UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

EPHRAIM ULLMANN,
                Defendant.
------------------------------------------------------------X

22 CR. 03 (RMB)

**ORDER**

      The Court will hold an initial pretrial conference in this case on Tuesday, January 11, 2022 at 11:30 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2203

Dated: January 5, 2022
       New York, NY

                                            _____
                                               RICHARD M. BERMAN
                                                  U.S.D.J.