UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

   -against-

EPHRAIM ULLMANN,
              Defendant.
-----------------------------------------------------------X

22 CR. 03 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the initial pretrial conference scheduled for Wednesday, January 19, 2022 at 1:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2203

Dated: January 12, 2022
       New York, NY

                                          RICHARD M. BERMAN
                                              U.S.D.J.