**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

                   22 CR. 03 (RMB)

 -against-

                   **ORDER**

EPHRAIM ULLMANN,
      Defendant.
-------------------------------------------------------------X

  The status conference scheduled for Monday, March 21, 2022 at 11:30 AM is hereby adjourned to 11:00 AM on the same date.

  In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 2203

Dated: March 16, 2022
   New York, NY

                    *Richard M. Berman*
                 _____
                  RICHARD M. BERMAN
                    U.S.D.J.