UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

EPHRAIM ULLMANN,
                Defendant.
------------------------------------------------------------X

22 CR. 03 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Tuesday, April 26, 2022 at 11:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2203

Dated: April 20, 2022
       New York, NY

                                                  RICHARD M. BERMAN
                                                        U.S.D.J.