UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                    22 CR. 03 (RMB)

   -against-

                                    **ORDER**

EPHRAIM ULLMANN,
                Defendant.
------------------------------------------------------------X

In light of the continuing COVID-19 pandemic, the proceeding scheduled for Tuesday, May 31, 2022 at 9:30 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 2203

Dated: May 25, 2022
       New York, NY

                                              _____
                                                RICHARD M. BERMAN
                                                     U.S.D.J.