**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                            :
                                                     :
                Government,          :    22 CR. 3 (RMB)
                                                     :
    - against -                                   :    **ORDER**
                                                     :
EPHRAIM JOSEPH ULLMANN,                              :
                                                     :
                Defendant.           :
-----------------------------------------------------------------x

The sentencing scheduled for Tuesday, February 14, 2023 at 11:00 A.M. will take place in Courtroom 17B.

Dated: February 8, 2023
      New York, NY

                                              RICHARD M. BERMAN
                                                   U.S.D.J.