USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/23

**ALEXEI SCHACHT**
**ATTORNEY AT LAW**
**123 WEST 94TH STREET**
**NEW YORK, NEW YORK 10025**
TEL: (646) 729-8180
FAX: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

February 19, 2023

> Extension granted (FINAL). Defendant to surrender to institution before 2:00pm on 4/17/23.
>
> SO ORDERED:
> Date: 2/21/23    /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

BY ECF

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Ephraim Ullman, 22 Cr. 00003 (RMB)

Dear Judge Berman:

    On February 14, 2023, your Honor sentenced my client to serve 34 months in prison and to surrender to Bureau of Prisons on or before April 4, 2023. At the time of sentence I was unaware that April 4, 2023, is the eve of Passover and so I ask that he be permitted to first celebrate Passover with his family and to surrender right after the Passover and Shabbos celebrations, and to actually surrender on April 17, 2023.

    Thank you for considering it this application.

                                                          Respectfully submitted,

                                                         /s/ Alexei Schacht

                                                         Alexei Schacht

cc:    United States Attorney's Office
        Steven Metcalf, Esq.
        United States Department of Probation