**ALEXEI SCHACHT**
**ATTORNEY AT LAW**
123 WEST 94TH STREET
NEW YORK, NEW YORK 10025
TEL: (646) 729-8180
FAX: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

April 16, 2023

**BY ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/23

Re:   United States v. Ephraim Ullman, 22 Cr. 00003 (RMB)

Dear Judge Berman:

    My client was ordered by the Court to surrender tomorrow to serve his sentence. Today I was informed that my client has not yet been designated to any institution by the Bureau of Prisons to serve that sentence. My client spoke to his pre-trial services officer and was told that she had not yet received notification either. As such, I ask that his surrender date be adjourned two weeks so that he may be notified of his designation.

    Thank you for considering this application.

Respectfully submitted,

/s/ Alexei Schacht

Alexei Schacht

*Surrender date extended to 4/27/23 by 2:00pm.*

cc:   All counsel of record
SO ORDERED:
Date: 4/18/23       Richard M. Berman
                       Richard M. Berman, U.S.D.J.