**ALEXEI SCHACHT**
**ATTORNEY AT LAW**
**123 WEST 94TH STREET**
**NEW YORK, NEW YORK 10025**
TEL: (646) 729-8180
FAX: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

May 2, 2023

BY ECF

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/23

Re:   United States v. Ephraim Ullman, 22 Cr. 00003 (RMB)

Dear Judge Berman:

On February 14, 2023, your Honor sentenced my client to serve 34 months in prison. On April 17, 2023, he surrendered at FCI Otisville where he is serving his sentence. His wife went to the pre-trial services office to retrieve his American and Israeli passports and was told that only the Court could order their return. As such, I write to ask that she be permitted to get them back from pre-trial services as he is now incarcerated.

Thank you for considering this application.

Respectfully submitted,

/s/ Alexei Schacht

Alexei Schacht

Application granted.

cc:   All counsel of record

SO ORDERED:
Date: 5/3/23

Richard M. Berman
Richard M. Berman, U.S.D.J.