**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                              :
                                                                              :
                            Government,       :       22 CR. 03 (RMB)
                                                                              :
           - against -                                :       **ORDER**
                                                                              :
                                                                              :
EPHRAIM ULLMANN,                                         :
                                                                              :
                             Defendant.         :
-----------------------------------------------------------------x

       The supervised release hearing scheduled for Wednesday, February 5, 2025 at 11:30 A.M. will take place in Courtroom 17B.

Dated: January 29, 2025
       New York, NY

                                                        _____
                                                        RICHARD M. BERMAN
                                                              U.S.D.J.