**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,                22 CR. 03 (RMB)

     - against -                        **ORDER**

EPHRAIM ULLMANN,

                Defendant.
-------------------------------------------------------------x

The supervised release hearing scheduled for Monday, March 10, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: March 5, 2025
       New York, NY

_Richard M. Berman_
RICHARD M. BERMAN
U.S.D.J.