**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,          22 CR. 03 (RMB)

   - against -                   **ORDER**

EPHRAIM ULLMANN,

                Defendant.
---------------------------------------------------------------x

      The supervised release hearing previously scheduled for Tuesday, April 22, 2025 at 9:00 A.M. is hereby rescheduled to Tuesday, April 15, 2025 at 9:00 A.M.

      The proceeding will be held in Courtroom 17B.

Dated: March 25, 2025
       New York, NY

                                         _____
                                            RICHARD M. BERMAN
                                                  U.S.D.J.