**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 22 CR. 03 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| EPHRAIM ULLMANN, | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, April 15, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: April 9, 2025
       New York, NY

_____
*Richard M. Berman*
RICHARD M. BERMAN
U.S.D.J.