**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,        :

                    Government,      :     22 CR. 03 (RMB)

      - against -               :     **ORDER**

EPHRAIM ULLMANN,           :

                    Defendant.       :
------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, June 4, 2025 at 2:00 P.M. will take place in Courtroom 17B.

Dated: May 28, 2025
        New York, NY

                                           _____
                                                  RICHARD M. BERMAN
                                                         U.S.D.J.