**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
:
                Government, : 22 CR. 03 (RMB)
:
  - against -  : **ORDER**
:
:
EPHRAIM ULLMANN,  :
:
                Defendant.  :
------------------------------------------------------------x

       The supervised release hearing scheduled for Tuesday, July 15, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: July 1, 2025
       New York, NY

                                          _____
                                             RICHARD M. BERMAN
                                                 U.S.D.J.