UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                   Government,     :    22 CR. 03 (RMB)
                                           :
       - against -                        :    **ORDER**
                                           :
EPHRAIM ULLMANN                            :
                                           :
                   Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, September 3, 2025 at 12:30 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 833 469 402#

Dated: August 27, 2025
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**