UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                    Government,       :       22 CR. 03 (RMB)
                                            :
      - against -                          :       **ORDER**
                                            :
EPHRAIM ULLMANN,                            :
                                            :
                    Defendant.        :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 20, 2025 at 11:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 321 922 034#

Dated: November 12, 2025
       New York, NY

                                        */s/ Richard M. Berman*
                                      **RICHARD M. BERMAN**
                                              **U.S.D.J.**