**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

UNITED STATES OF AMERICA,       :

                      :

             Government,    :    22 Cr. 03 (RMB)

                      :

    - against -          :    **ORDER**

                      :

EPHRAIM ULLMANN,       :

                      :

             Defendant.     :

------------------------------------------------------------------x

      The supervised release hearing is scheduled for January 21, 2026 at 12:00 P.M. on Microsoft Teams. The Court will send the link by email to the parties and counsel.

Dated: January 20, 2026
     New York, NY

                                          **RICHARD M. BERMAN**
                                             **U.S.D.J.**