**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                              Government,          :        22 Cr. 03 (RMB)
                                                   :
                - against -                        :        **ORDER**
                                                   :
EPHRAIM ULLMANN,                                   :
                                                   :
                              Defendant.           :
-------------------------------------------------------------x

The supervised release hearing is scheduled for March 12, 2026 at 9:00 A.M. on

Microsoft Teams. The Court will send the link by email.

Dated: March 5, 2026
       New York, NY

                                        _RMB_
                                        _____
                                        **RICHARD M. BERMAN**
                                        **U.S.D.J.**