**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                         Government,               :        22 Cr. 003 (RMB)
                                                   :
         - against -                               :        **ORDER**
                                                   :
                                                   :
EPHRAIM ULLMANN,                                   :
                                                   :
                         Defendant.                :
-------------------------------------------------------------x


The supervised release hearing previously scheduled for May 5, 2026 at 9:00 AM is

adjourned to May 19, 2026 at 10:00 a.m. in courtroom 17B.


Dated: May 1, 2026
        New York, NY


_____

**RICHARD M. BERMAN**
**U.S.D.J.**