**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
          :
       Government,    :    22 CR. 03 (RMB)
          :
   - against -       :    **ORDER**
          :
          :
EPHRAIM ULLMANN,          :
          :
       Defendant.    :
---------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, May 19, 2026 at 10:00 A.M. will take place in Courtroom 17B.


Dated: May 13, 2026
     New York, NY



                            _RMB_
                       _____
                        RICHARD M. BERMAN
                           U.S.D.J.