**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,    :
              :
       Government,  :  22 CR. 03 (RMB)
              :
  - against -      :  **ORDER**
              :
              :
EPHRAIM ULLMANN,     :
              :
       Defendant.  :
----------------------------------------------------------------x

    The supervised release hearing previously scheduled for Tuesday, May 19, 2026 at 10:00 A.M. is hereby rescheduled to Thursday, June 4, 2026 at 10:00 A.M.

    The proceeding will be held in Courtroom 17B.


Dated: May 18, 2026
   New York, NY


                 _RMB_

              _____
               RICHARD M. BERMAN
                U.S.D.J.