**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :         22 CR. 03 (RMB)
                                         :
          - against -                    :         **ORDER**
                                         :
                                         :
EPHRAIM ULLMANN,                         :
                                         :
                    Defendant.           :
---------------------------------------------------------------x


       The supervised release hearing scheduled for Wednesday, June 10, 2026 at 1:00 P.M. will take place in Courtroom 17B.


Dated: June 3, 2026
      New York, NY

                                           RICHARD M. BERMAN
                                             U.S.D.J.