**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 22 CR. 03 (RMB)

- against - : **ORDER**

EPHRAIM ULLMANN, :

Defendant. :

--------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, August 25, 2026 at 11:00 A.M.

The court will send the link via email.

Dated: August 20, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**