**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

Government,

- against -

EPHRAIM ULLMANN,

Defendant.

---

22 Cr. 003 (RMB)

**ORDER**

In light of the violation of supervised release report, dated September 9, 2026, submitted to the Court by Probation Officer Adam Pakula, the supervised release hearing scheduled for September 29, 2026 (at 11:00 a.m.) will be held in-person at courtroom 17B, 500 Pearl Street, NY 10007.

The parties and Probation Officer shall be prepared to discuss a plan for proceeding on the alleged violation which states: "the supervisee committed a federal crime, making false statements in violation of 18 U.S.C. 1001, a Class D Felony, in that Mr. Ullmann provided a fictitious document to the probation office."

Dated: September 23, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**